

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 16, 2021**

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: SHANNA DAVIS MOORE

CASE NO. 20-00128 JAW
CHAPTER 13

ORDER APPROVING MOTION TO MODIFY PLAN

A Motion to Modify Plan (DK# 45 ) having been filed in the above styled and numbered Chapter 13 Bankruptcy, and Movant represented to the Court that it served the motion in accordance with all applicable rules.  No timely response was filed. Accordingly, the motion is granted.

IT IS THEREFORE, ORDERED AND ADJUDGED that the 2012 Mercedes pledged as collateral to Ally Financial shall be abandoned to said creditor and that the Trustee shall make no further payments on the secured claim to said creditor.  That the wage order shall be amended necessary to provide for that  set forth herein.

##End of Order##

J. THOMAS ASH, #1644
JORDAN L. ASH, # 102993
ASH LAW FIRM PLLC
1818 Crane Ridge Dr., Ste 100
Jackson  MS 39216
601-981-5600
jordan@ashlaw.ms